U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 2 1 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTOPHER E. HODGES, Plaintiff | CIVIL ACTION NO. 1:16-CV-01394 |
| VERSUS | CHIEF JUDGE DRELL |
| RUBY MARIE MANCHESTER, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Ruby Marie Manchester's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is DENIED, and that she is ORDERED to pay the filing fee within thirty days or face dismissal of the action.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 21st day of December, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT