RECEIVED
JUN 2 8 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| CHRISTOPHER E HODGES | DOCKET NO.:1:16-1394 |
|---|---|
| VERSUS | JUDGE DEE D. DRELL |
| RUBY MARIE MANCHESTER | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and the recommendations are correct under the applicable law; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that this matter be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction and the matter is **REMANDED** to the Louisiana Seventh Judicial District Court in the Parish of Concordia, State of Louisiana.

In so finding we note that Ruby Marie Manchester's timely filed objections to the Report and Recommendation have no merit as there is no justiciable claim for violation of her constitutional rights. While Ms. Manchester is correct that this court has federal question jurisdiction over claims regarding violation of constitutional rights, she has not named a single party who she contends violated her religious freedom. The only other party to the lawsuit is Mr. Hodges and he is not alleged to be, nor is he, a state actor. Accordingly, as set forth in the Report

and Recommendation, this court lacks jurisdiction of this matter and the lawsuit must be remanded to the Seventh Judicial District Court.

SIGNED at Alexandria, Louisiana this 26th day of June, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT